

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00009-CV

---

ELVISHA BRIGHTMAN, ET AL., Appellants

V.

MARSHALL HOUSING AUTHORITY, Appellee

---

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2024-11730-CCL

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Elvisha Brightman filed a timely notice of appeal on January 21, 2025. The clerk's record was filed on February 21, 2025. The reporter's record was filed on March 19, 2025. The original deadline for Brightman's appellate brief was April 18, 2025. When neither a brief nor a motion to extend time for filing same was received by April 25, 2025, this Court advised Brightman by letter that the brief was late and gave an additional fifteen days, to May 12, 2025, to file a brief. We warned Brightman that the failure to file a brief by the May 12, 2025, deadline would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Brightman has not filed a brief in compliance with this Court's deadline; consequently, the appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted: May 28, 2025
Date Decided: May 29, 2025